UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 19-cr-10330-GAO |
| | ) | |
| KENNY ROMERO | ) | |

## MOTION FOR RULE 11 HEARING

Now comes the defendant Kenny Romero and moves this Honorable Court to schedule the matter for a Rule 11 Hearing at the Court's earliest convenience. The parties have reached a plea agreement, under which Mr. Romero intends to waive his right to indictment and plead guilty to the Information which has been filed. In this situation, Mr. Romero requests that the arraignment be conducted before the District Court just prior to the Rule 11 Hearing.

Respectfully submitted,

KENNY ROMERO
by his attorney
*/s/ Rebecca L. Aitchison*
Rebecca L. Aitchison, RI #8610
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061

### Certificate of Service

I, Rebecca L. Aitchison, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: September 5, 2019              */s/ Rebecca L. Aitchison*
                                             Rebecca L. Aitchison

1